OCTOBER 11, 1985

No. A–280.   BOWDEN v. KEMP, WARDEN.   Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay and a petition for writ of certiorari and would vacate the death sentence in this case.

OCTOBER 12, 1985

No. 85–5334.   IN RE BELLIN.   Petition for writ of mandamus dismissed under this Court's Rule 53.

OCTOBER 14, 1985

No. A–285 (85–5607).   BOWDEN v. KEMP, WARDEN.   C. A. 11th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, is granted pending the final disposition of the petition for writ of certiorari.

OCTOBER 15, 1985

No. 84–921.   NORTHEASTERN INTERNATIONAL AIRWAYS, INC., ET AL. v. FLORIDA DEPARTMENT OF REVENUE.   Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.